UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON C. ROYER,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

26-CV-9621 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's November 4, 2026 Order, Dkt. 5, plaintiff's counsel provided the Court with a copy of the pertinent retainer agreement. Because counsel is representing plaintiff on a contingent basis, plaintiff's request to proceed *in forma pauperis*, Dkt. 3, is DENIED. *See Deliston v. Smokeshack*, 2016 WL 4530889, at *1 (S.D.N.Y. Aug. 16, 2016) (explaining that an application to proceed *in forma pauperis* "ordinarily should not be granted in a contingency fee context"). **Plaintiff is directed to pay the necessary filing fees within 5 days of this order.** If plaintiff fails to comply with this order, the action will be dismissed without prejudice.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge